# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZURICH AMERICAN INSURANCE CO., et al.,

      Plaintiffs,

vs.

BROOKS BOWMAN, et al.,

      Defendants.

Case No. 2:10-cv-00988-RLH-PAL

**ORDER**

(Substitution of Counsel - Dkt. #28)

This matter is before the court on a Substitution of Attorneys (Dkt. #28) filed November 22, 2010. It seeks to substitute Theodore J. Kurtz and Bernadette A. Rigo of Selman Breitman LLP in the place and stead of James A. Kohl and Robert L. Rosenthal of Howard & Howard Attorneys LLC as attorney for Plaintiffs Zurich American Insurance Company and Universal Underwriters Insurance Company in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The Complaint (Dkt. #1) was filed on June 22, 2010. Accordingly,

**IT IS ORDERED** that Plaintiffs' request to substitute Theodore J. Kurtz and Bernadette A. Rigo of Selman Breitman LLP in the place and stead of James A. Kohl and Robert L. Rosenthal is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 24th day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE