THEODORE J. KURTZ (SBN 1344)
BERNADETTE A. RIGO (SBN 7882)
SELMAN BREITMAN LLP
3980 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 228-7717
Facsimile: (702) 228-8824

Attorneys for Plaintiffs
ZURICH AMERICAN INSURANCE
COMPANY and UNIVERSAL
UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BROOKS BOWMAN, an Individual, WACHOVIA DEALER SERVICES, INC., a Corporation, WELLS FARGO DEALER SERVICES, INC., a California Corporation, Does A-Z and Roe Entities 1-15,<br><br>　　　　Defendants. | CASE NO.  2:10-CV-00988-RLH-(PAL)<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Theodore J. Kurtz, Esq. of Selman Breitman LLP, counsel for plaintiffs Zurich American Insurance Company and Universal Underwriters Insurance Company, and Lisa M. Carvalho, Esq. of Reed Smith LLP, counsel for defendants Brooks Bowman, Wachovia Dealer Services, Inc. and Wells Fargo Dealer Services, Inc., that plaintiffs Zurich American Insurance Company and Universal Underwriters Insurance Company's complaint may be dismissed

1  without prejudice against defendants Brooks Bowman, Wachovia
2  Dealer Services, Inc. and Wells Fargo Dealer Services, Inc. with
3  each party to pay their own attorneys' fees and costs.
4       Additionally, the parties hereto, except as specifically
5  provided in this stipulation, reserve all of their respective
6  rights, claims and defenses.
7  DATED: January 5, 2011        SELMAN BREITMAN LLP
8
9                                By:    /s/ Theodore J. Kurtz
                                     THEODORE J. KURTZ
10                                   BERNADETTE A. RIGO
                                     3980 Howard Hughes Pkwy.,#400
11                                   Las Vegas, NV  89169
                                     Attorneys for Plaintiffs
12                                   ZURICH AMERICAN INSURANCE
                                     COMPANY and UNIVERSAL
13                                   UNDERWRITERS INSURANCE COMPANY
14
15 DATED: January 5, 2011        REED SMITH LLP
16
17                                By:    /s/ Lisa M. Carvalho
                                     LISA M. CARVALHO
18                                   ERIC G. WALLIS
                                     101 Second Street, Suite 1800
19                                   San Francisco, CA 94105-3659
                                     Attorneys for Defendants
20                                   BROOKS BOWMAN, WACHOVIA DEALER
                                     SERVICES, INC., and WELLS FARGO
21                                   DEALER SERVICES, INC.
22                                **ORDER**
23                                IT IS SO ORDERED:
24
25                                _____
                                  UNITED STATES DISTRICT JUDGE
26
27                                DATED: January 6, 2011
28

76846.1  465.30134                     2